(132 So. 908)

**Maude Palmer HENDERSON v. George S. HENDERSON et al.**

8 Div. 57.

Supreme Court of Alabama.

Jan. 22, 1931.

PER CURIAM.

Appeal dismissed for want of prosecution.

(131 So. 910)

**David M. HILL, Adm'r, v. O. A. STEELE, Judge.**

6 Div. 791.

Supreme Court of Alabama.

Nov. 20, 1930.

P. A. Nash, of Oneonta, for petitioner.

PER CURIAM.

Rule nisi denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

(130 So. 917)

**William HOLLIDAY v. STATE.**

8 Div. 209.

Supreme Court of Alabama.

June 5, 1930.

Rehearing Denied Oct. 9, 1930.

Almon & Almon, of Decatur, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM.

Petition of William Holliday for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Holliday v. State, 130 So. 922 (8 Div. 947).

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(131 So. 910)

**Myra JONES v. TOWN OF GUNTERSVILLE.**

8 Div. 231.

Supreme Court of Alabama.

Oct. 9, 1930.

Wm. C. Rayburn, of Guntersville, for petitioner.

Claud D. Scruggs, of Guntersville, opposed.

PER CURIAM.

Petition of Myra Jones for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Jones v. Town of Guntersville (8 Div. 794) 131 So. 921.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(132 So. 908)

**Florine JONES (Veazey) v. H. G. VEAZEY, Jr.**

6 Div. 641.

Supreme Court of Alabama.

March 12, 1931.

Ross, Bumgardner, Ross & Ross, of Bessemer, for appellant.

Huey, Welch & Stone, of Bessemer, for appellee.

SAYRE, J.

Appeal dismissed according to agreement of the parties.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.